BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SEKHARITH BE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-04-0220 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF STIPULATION CONTINUING THE SENTENCING FROM MAY 25, 2005 TO AUGUST 3, 2005 |
| v. | ) ) ) | |
| SEKHARITH BE, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Notice is hereby given that the defendant, by and through his attorney and the United States by and through its attorney have agreed to continue the sentencing date from 9:00 a.m., May 25, 2005 to 9:00 a.m., August 3, 2005 because the defendant and the government need the additional time to prepare for an anticipated sentencing hearing. The government has recently provided the defense with an additional 563 pages of discovery that relates to sentencing issues and the defense needs the time to analyze the papers and provide its response to the Probation Officer. Mr. Linn, attorney for the government, has authorized Mr. Locke to file this Notice and to sign for him.

May 6, 2005

_____/S/ BRUCE LOCKE____
BRUCE LOCKE
Attorney for Defendant

1

1

2

May 6, 2005                                              ___/S/ - Bruce Locke_____
3                                                       COURTNEY LINN
                                                        Attorney for the United States
4

5

6

7            IT IS SO ORDERED.

8
     Dated: May 10, 2005
9

10

11                                                      WILLIAM B. SHUBB
                                                        UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                                              2