```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN B. WAGNER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:04-CR-0220-WBS |
|---|---|---|
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | AMENDING FINAL ORDER OF |
| | ) | FORFEITURE FILED MARCH 20, 2006 |
| SEKHARITH BE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The United States, Chun Phic Lim, and defendant Sekharith Be stipulate to the entry of an order amending the Final Order of Forfeiture filed March 20, 2006, as follows:

    1.  The Court entered a Final Order of Forfeiture on March 20, 2006, based on a stipulation between the United States, Chun Phic Lim and defendant Sekharith Be.  The parties' stipulation mistakenly provided for the forfeiture of one item that the parties in fact intended to be included among those returned to Chun Phic Lim.  The parties now stipulate to amend the Final Order of Forfeiture filed March 20, 2006 to correct their mistake.  See Fed. R. Crim. P. 32.2(e) (authorizing the Court to amend a Final Order of Forfeiture after entry of judgment).  Accordingly, the Final Order of

1

1  Forfeiture filed March 20, 2006, should be amended as follows:

2       a.  Within thirty (30) days of entry of this Order, the
3  silver colored linked bracelet with inlayed diamonds described in
4  paragraph 8.A and listed as item number 2 on Attachment A of the
5  Final Order of Forfeiture filed March 20, 2006, shall be returned to
6  Chun Phic Lim, care of her counsel.

7       b.  In all other respects, the Final Order of Forfeiture
8  filed March 20, 2006, remains in full force and effect.

9       IT IS SO STIPULATED.

10 DATED: 8/9/06                McGREGOR W. SCOTT
                                United States Attorney

12                              /s/ Benjamin B. Wagner
                                BENJAMIN B. WAGNER
13                              Assistant U.S. Attorney

15 DATED: 8/4/06                /s/ Scott Tedmon
                                SCOTT TEDMON
16                              Attorney for Chun Phic Lim and
                                Sekharith Be

18                              (Original signature retained by
                                attorney)

20                              **ORDER**

21      IT IS SO ORDERED.
22 DATED: August 9, 2006

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

2