UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              **RE:**    Sekharith BE
                                         Docket Number:  2:04CR00220-01
                                         **<u>PERMISSION TO TRAVEL OUTSIDE</u>**
                                         **<u>THE CONTINENTAL UNITED STATES</u>**

Your Honor:

The releasee is requesting permission to travel to Honolulu, Hawaii. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 8, 2005, Mr. Be was sentenced for the offenses of 31 USC 5324(a)(3) and 5324(d) - Structuring Financial Transactions (2 Counts) and 18 USC 1960(a) - Conducting an Illegal Money Transmitting Business.

**Sentence Imposed:** 70 months custody of the Bureau of Prisons; 36 months Supervised Release; $12,500 Fine (paid in full); and a $300 Special Assessment (paid in full). **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt; and Gambling restrictions.

**Dates and Mode of Travel:** If the Court approves the request for travel, the probation officer will confirm the offender's itinerary prior to issuing a travel permit. Mr. Be would like to travel on or around October 8, 2009, to October 18, 2009.

**Purpose:** Family vacation.

**RE:    Sekharith BE**
         **Docket Number:  2:04CR00220-01**
         **PERMISSION TO TRAVEL OUTSIDE**
         **THE CONTINENTAL UNITED STATES**

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

**DATED:**    September 22, 2009
              Elk Grove, California
              RWE/cj

**REVIEWED BY:**       /s/ Deborah A. Spencer
                       **DEBORAH A. SPENCER**
                       **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**

**Date:  September 24, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE