**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                              **RE:    Sekharith BE**
                                                     **Docket Number: 2:04CR00220-01 WBS**
                                                       **PERMISSION TO TRAVEL**
                                                       **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

The releasee is requesting permission to travel to Thailand and Cambodia. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 8, 2005, Mr. Be was sentenced for the offenses of 31 USC 5324(a)(3) and 5324(d) - Structuring Financial Transactions (2 Counts) and 18 USC 1960(a) - Conducting an Illegal Money Transmitting Business.

**Sentence Imposed:** 70 months custody of the Bureau of Prisons; 36 months Supervised Release; $12,500 Fine (paid in full); and a $300 Special Assessment (paid in full). **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt; and Gambling restrictions.

**Dates and Mode of Travel:** If the Court approves the request for foreign travel, the probation officer will confirm the offender's itinerary prior to issuing permission to travel. Mr. Be would like to travel for four to five weeks departing the end of January or early February 2010.

**Purpose:** To conduct business and visit his family.

**RE:    Sekharith BE**
       **Docket Number:  2:04CR00220-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

**DATED:**    December 29, 2009
            Elk Grove, California
            RWE/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved  x**

Date: December 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE