UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                            RE:    Sekharith BE
                                      Docket Number: 2:04CR00220-01
                                      PERMISSION TO TRAVEL
                                      <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Cambodia and other countries in Asia. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 8, 2005, Mr. Be was sentenced for the offenses of 31 USC 5324(a)(3) and 5324(d) - Structuring Financial Transactions (2 Counts) and 18 USC 1960(a) - Conducting an Illegal Money Transmitting Business.

**Sentence Imposed:** 70 months custody of the Bureau of Prisons; 36 months Supervised Release; $12,500 Fine (paid in full); and a $300 Special Assessment (paid in full). **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt; and Gambling restrictions.

**Dates and Mode of Travel:** If the Court approves the request for foreign travel, the probation officer will confirm the offender's itinerary prior to issuing permission to travel. Mr. Be would like to travel from May 30, 2010, to July 26, 2010.

**Purpose:** Family vacation.

**RE:** **Sekharith BE**
     **Docket Number:  2:04CR00220-01**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

**DATED:**     April 20, 2010
     Elk Grove, California
     RWE/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
     **DEBORAH A. SPENCER**
     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**

**Date: May 6, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE