UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   Sekharith BE
Docket Number:  2:04CR00220-01
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The offender is requesting permission to travel to Cambodia.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 8, 2005, Mr. Be was sentenced for the offenses of 31 USC 5324(a)(3) and 5324(d) - Structuring Financial Transactions (2 Counts) and 18 USC 1960(a) - Conducting an Illegal Money Transmitting Business.

**Sentence Imposed:**  70 months custody of the Bureau of Prisons;  36 months Supervised Release; $12,500 Fine (paid in full); and a $300 Special Assessment (paid in full).  **Special Conditions:**   Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt; and Gambling restrictions.

**Dates and Mode of Travel:**   If the Court approves the request for foreign travel, the probation officer will confirm the offender's itinerary prior to issuing permission to travel. Mr. Be would like to travel from May 29, 2011, to July 27, 2011.

**Purpose:**   Family vacation, and visit wife's elderly father who was involved in a car accident, and suffered a broken collar bone and leg injury.

**RE:     Sekharith BE**
**       Docket Number:  2:04CR00220-01**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully Submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
Senior United States Probation Officer

**DATED:**   May 4, 2011
            Elk Grove, California
            GAV/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved.

Date: May 5, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE